**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oscar Jaime GARZA, Defendant–
Appellant.**

No. 05–50149.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Oscar Jaime Garza, Bastrop, TX, pro se.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Oscar Jaime Garza, federal prisoner # 30078–180, appeals the district court's denial of his 28 U.S.C. § 2255 motion challenging his guilty-plea conviction for conspiracy to possess with intent to distribute marijuana. He argues that the district court violated his Sixth Amendment rights by imposing a sentence based on the court's findings that the offense involved more marijuana than he admitted in his factual basis and that he was a leader or organizer in the offense. He argues that his sentence should be vacated in view of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court granted a certificate of appealability on the issue "[w]hether the holding in *Booker* applies retroactively to a § 2255 collateral attack of a sentence." We have now held that *Booker* is not retroactively applicable to an initial § 2255 motion. *United States v. Gentry*, 432 F.3d 600, 604–05 (5th Cir.2005). Accordingly, the district court's judgment is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Yuriana WILLIAMS, Defendant–
Appellant.**

No. 05–50405.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**450**

PER CURIAM: *

Yuriana Williams appeals her total 37–month sentence imposed following a guilty plea to conspiracy to import marijuana, importation of marijuana, conspiracy to possess with intent to distribute marijuana, and possession with intent to distribute marijuana. Williams argues that her sentence is unreasonable because the district court failed to account for her history and characteristics in imposing sentence. *See* 18 U.S.C. § 3553(a)(1).

Under the discretionary sentencing scheme established by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), district courts retain the duty to consider the Sentencing Guidelines along with the sentencing factors set forth in § 3553(a). *United States v. Mares,* 402 F.3d 511, 518–19 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005). Williams's sentence is with the guidelines range and is presumptively reasonable. *See United States v. Alonzo,* 435 F.3d 551, 553–55 (5th Cir.2006). We infer in our reasonableness review that the district court considered the § 3553(a) factors, including Williams's history and characteristics, in imposing sentence. *See United States v. Smith,* —— F.3d ——, No. 05–30313, 440 F.3d 704, 2006 WL 367011 at *2 (5th Cir. Feb.17, 2006); *Alonzo,* 435 F.3d at 554.

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.